**Darlene BAUER, Respondent,**

v.

**Harold BAUER, Appellant.**

**No. 51327.**

Missouri Court of Appeals, Eastern District, Division One.

March 24, 1987.

Motion for Rehearing and/or Transfer Denied April 29, 1987.

Theodore S. Schechter, Clayton, for appellant.

Edward L. Adelman, Clayton, for respondent.

### ORDER

PER CURIAM.

Husband appeals from the judgment of the trial court awarding maintenance to wife, pursuant to an Order of Protection. We find the trial court's judgment to be supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).